**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JUDE GUERSON GERMAN, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, *et al.*, <br><br> Respondents. | Case No. 2:26-cv-04878 (BRM) <br><br> **ORDER TO ANSWER** |

**THIS MATTER** is before the Court on Petitioner Jude Guerson German's ("Petitioner")

counseled Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (ECF No.

1.)

Petitioner has paid the $5.00 filing fee. In accordance with Rule 4 of the Rules Governing

Section 2254 Cases, which is applicable to § 2241 cases through Rule 1(b) of the Rules Governing

Section 2254 Cases, this Court has screened the Petition for dismissal and determined dismissal

without an answer and the record is not warranted.

Pursuant to this Court's authority under the All Writs Act, 28 U.S.C. § 1651, Petitioner

shall not be transferred from his current facility in New Jersey during the pendency of this habeas

corpus proceeding.

Accordingly, and for good cause appearing,

**IT IS** on this 4th day of May 2026,

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition (ECF No. 1) and

this Order upon Respondents by regular mail, with all costs of service advanced by the United

States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition (ECF No. 1) and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651, Respondents are **TEMPORARILY ENJOINED** from transferring Petitioner from him current detention facility during the pendency of this action; this Order shall remain in effect pending further Order of the Court; and it is further

**ORDERED** that within five (5) days of the date of the entry of this Order, Respondents shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition paragraph by paragraph; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243; and it is further

**ORDERED** that Respondents shall raise by way of the answer any appropriate defenses which Respondents wish to have the Court consider, including, but not limited to, exhaustion of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within three (3) days after the answer is filed; and it is further

**ORDERED** that within three (3) days of Petitioner's release, be it transfer to supervised release or otherwise, Respondents shall electronically file a written notice of the same with the Clerk of the Court; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Order upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

3